FILED by ___AW___ D.C.

**Jun 15, 2022**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

# 22-20256-CR-WILLIAMS/MCALILEY

Case No. _____

**18 U.S.C. § 1112**

**UNITED STATES OF AMERICA**

**vs.**

**JOSBEL FERNANDEZ ECHEVARRIA,**

**Defendant.**
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### INVOLUNTARY MANSLAUGHTER
### (18 U.S.C. § 1112)

On or about July 2, 2020, within the special maritime and territorial jurisdiction of the United States, while aboard a vessel belonging in whole or in part to a citizen of the United States, with Miami-Dade County, in the Southern District of Florida being his last known residence, the defendant,

### JOSBEL FERNANDEZ ECHEVARRIA,

did, without malice, kill Javier M. Perez, in the commission of an unlawful act not amounting to a felony, and in the commission in an unlawful manner and without due caution and circumspection, of a lawful act which might produce death, in violation of Title 18, United States Code, Section 1112.

## COUNT 2
## INVOLUNTARY MANSLAUGHTER
### (18 U.S.C. § 1112)

On or about July 2, 2020, within the special maritime and territorial jurisdiction of the United States, while aboard a vessel belonging in whole or in part to a citizen of the United States, with Miami-Dade County, in the Southern District of Florida being his last known residence, the defendant,

**JOSBEL FERNANDEZ ECHEVARRIA,**

did, without malice, kill Carolyn Alvarez, in the commission of an unlawful act not amounting to a felony, and in the commission in an unlawful manner and without due caution and circumspection, of a lawful act which might produce death, in violation of Title 18, United States Code, Section 1112.

A TRUE BILL

FOREPERSON

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

Thomas A. Watts-FitzGerald
Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**

**CASE NO.:**   22-20256-CR-WILLIAMS/MCALILEY

**v.**

JOSBEL FERNANDEZ ECHEVARRIA

_____/
                            Defendant.

### CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division** (select one)

☑ Miami   ☐ Key West   ☐ FTP
☐ FTL     ☐ WPB

New Defendant(s) (Yes or No)
Number of New Defendants
Total number of New Counts

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3.  Interpreter: (Yes or No) No
    List language and/or dialect:

4.  This case will take   3   days for the parties to try.

5.  Please check appropriate category and type of offense listed below:

    (Check only one)                    (Check only one)
    I    ☑ 0 to  5 days          ☐ Petty
    II   ☐ 6 to 10 days          ☐ Minor
    III  ☐ 11 to 20 days         ☐ Misdemeanor
    IV   ☐ 21 to 60 days         ☑ Felony
    V    ☐ 61 days and over

6.  Has this case been previously filed in this District Court? (Yes or No) No
    If yes, Judge                          Case No.

7.  Has a complaint been filed in this matter? (Yes or No) No
    If yes, Magistrate Case No.

8.  Does this case relate to a previously filed matter in this District Court? (Yes or No)
    If yes, Judge                          Case No.

9.  Defendant(s) in federal custody as of

10. Defendant(s) in state custody as of

11. Rule 20 from the            District of

12. Is this a potential death penalty case? (Yes or No) No

13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No

14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No

By:   _____
      THOMAS WATTS-FITZGERALD
      Assistant United States Attorney
      FLA Bar No.    0273538

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: Josbel Fernandez Echevarria

**Case No**:

Counts #: 1-2

Involuntary Manslaughter

Title 18, United States Code, Section 1112

\* **Max. Penalty**: 8 years imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**