UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-20256-CR-WILLIAMS(s)
18 U.S.C. § 1112

UNITED STATES OF AMERICA

vs.

JOSBEL FERNANDEZ ECHEVARRIA,

Defendant.
_____/

FILED BY _____ D.C.

JUN 0 1 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT 1
### INVOLUNTARY MANSLAUGHTER
### (18 U.S.C. § 1112)

On or about July 2, 2020, within the special maritime and territorial jurisdiction of the United States, while aboard a vessel belonging in whole or in part to a citizen of the United States, with Miami-Dade County, in the Southern District of Florida being his last known residence, the defendant,

**JOSBEL FERNANDEZ ECHEVARRIA,**

did, without malice, kill Javier M. Perez, a human being, in the commission of an unlawful act not amounting to a felony, that is, by failing to maintain a proper lookout and failing to proceed at a safe speed in violation of Parts 5 and 6 of the International Steering and Sailing Rules, and, in the commission in an unlawful manner, and without due caution and circumspection, of a lawful act which might produce death, that is, while operating a motor vessel in a grossly negligent manner, and knew or should have known that his conduct imperiled the lives of others, in violation of Title 18, United States Code, Section 1112.

## COUNT 2
## INVOLUNTARY MANSLAUGHTER
## (18 U.S.C. § 1112)

On or about July 2, 2020, within the special maritime and territorial jurisdiction of the United States, while aboard a vessel belonging in whole or in part to a citizen of the United States, with Miami-Dade County, in the Southern District of Florida being his last known residence, the defendant,

**JOSBEL FERNANDEZ ECHEVARRIA,**

did, without malice, kill Carolyn Alvarez, a human being, in the commission of an unlawful act not amounting to a felony, that is, by failing to maintain a proper lookout, and failing to proceed at a safe speed in violation of Parts 5 and 6 of the International Steering and Sailing Rules, and in the commission in an unlawful manner, and without due caution and circumspection, of a lawful act which might produce death, that is, while operating a motor vessel in a grossly negligent manner, and knew or should have known that his conduct imperiled the lives of others, in violation of Title 18, United States Code, Section 1112.

A TRUE BILL

FOREPERSON

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

Yara Dodin
Assistant United States Attorney

Thomas Watts-FitzGerald
Assistant United States Attorney

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: 22-20256-CR-WILLIAMS(s)

v.

JOSBEL FERNANDEZ ECHEVARRIA

_____/
Defendant.

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) No
Number of New Defendants 0
Total number of counts 2

**Court Division** (select one)
☒ Miami  ☐ Key West  ☐ FTP
☐ FTL    ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.
3. Interpreter: (Yes or No) No
   List language and/or dialect: _____
4. This case will take __3__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I   ☒ 0 to 5 days
   II  ☐ 6 to 10 days
   III ☐ 11 to 20 days
   IV  ☐ 21 to 60 days
   V   ☐ 61 days and over

   (Check only one)
   ☐ Petty
   ☐ Minor
   ☐ Misdemeanor
   ☒ Felony

6. Has this case been previously filed in this District Court? (Yes or No) Yes
   If yes, Judge Williams  Case No. 22-20256-CR-WILLIAMS(s)
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Magistrate Case No. _____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____  Case No. _____
9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No
15. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

By: _____
Thomas Watts-FitzGerald
Assistant United States Attorney
FL Bar No.    0273538

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: Josbel Fernandez Echevarria

**Case No**: 22-20256-CR-WIILIAMS(s)

Count(s) #: 1-2

Involuntary Manlaughter

Title 18, United States Code, Section 1112(a)(4)
* Max. Term of Imprisonment: 8 Years Imprisonment
* Mandatory Min. Term of Imprisonment (if applicable): N/A
* Max. Supervised Release: 1 Year
* Max. Fine: Greater of $250,000 or twice the pecuniary gain/loss

*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.